## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIGGIO, DOMINIC A. | § | Case No. 07-02179 |
| RIGGIO, TAMARA L. | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/08/2007 . The undersigned trustee was appointed on 02/09/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of     $     230,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 115,058.11 |
| Bank service fees | 59.86 |
| Other payments to creditors | 40,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 44,882.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  06/25/2007  and the deadline for filing governmental claims was  06/25/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 13,250.00 , for a total compensation of $ 13,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/18/2013_____   By:/s/MICHAEL G. BERLAND_____
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 07-02179 | BL | Judge: Bruce W. Black |
| Case Name: | RIGGIO, DOMINIC A. | | |
| | RIGGIO, TAMARA L. | | |
| For Period Ending: 09/18/13 | | | |

| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 02/08/07 (f) |
| 341(a) Meeting Date: | 03/15/07 |
| Claims Bar Date: | 06/25/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 318 Ash Grove, Oswego, Illinois-scheduled | 420,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 6. Wedding banks, watches etc-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 7. Personal injury claim-scheduled | Unknown | 0.00 | | 230,000.00 | FA |
| 8. 1996 Dodge-scheduled | 750.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $423,750.00          $0.00                    $230,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee appointed special counsel to prosecute a personal injury action. Discovery is continuing.

Initial Projected Date of Final Report (TFR): 03/31/11     Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-02179 -BL |
| Case Name: | RIGGIO, DOMINIC A. |
| | RIGGIO, TAMARA L. |
| Taxpayer ID No: | *******4679 |
| For Period Ending: | 09/18/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0742 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/22/13 | 7 | Travelers | Settlement of PI per court order | 1142-000 | 230,000.00 | | 230,000.00 |
| 07/25/13 | 001001 | Clifford Law Office | Payment of special counsel per cour order for PI settlement | 3210-000 | | 69,000.00 | 161,000.00 |
| 07/25/13 | 001002 | CliffordLaw Office | Payment of special counsel for expenses per court order | 3220-000 | | 38,391.45 | 122,608.55 |
| 07/25/13 | 001003 | Tamara Riggio | Payment of PI exemption per court order | 8100-000 | | 15,000.00 | 107,608.55 |
| 07/25/13 | 001004 | Law office of Robert Duncan | Payment to special counsel per cour order | 3210-000 | | 7,666.66 | 99,941.89 |
| 07/25/13 | 001005 | Dominic Riggio | Payment of PI exemption per court roder | 8100-000 | | 15,000.00 | 84,941.89 |
| 07/25/13 | 001006 | The Rawlings Group | Payment of lien in full per court order | 4210-000 | | 40,000.00 | 44,941.89 |
| 08/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 59.86 | 44,882.03 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 230,000.00 | 185,117.97 | 44,882.03 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 230,000.00 | 185,117.97 | |
| Less: Payments to Debtors | | 30,000.00 | |
| Net | 230,000.00 | 155,117.97 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0742 | 230,000.00 | 155,117.97 | 44,882.03 |
| | 230,000.00 | 155,117.97 | 44,882.03 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 230,000.00 | 185,117.97 |

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-02179 -BL | |
| Case Name: | RIGGIO, DOMINIC A. | |
| | RIGGIO, TAMARA L. | |
| Taxpayer ID No: | *******4679 | |
| For Period Ending: | 09/18/13 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******0742 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******0742

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 18, 2013 |

Case Number:    07-02179                          Claim Class Sequence
Debtor Name:    RIGGIO, DOMINIC A.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | GE Consumer Finance<br>For GE Money Bank<br>dba DISCOUNT TIRE/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 | Unsecured | | $2,083.59 | $0.00 | $2,083.59 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $10,994.41 | $0.00 | $10,994.41 |
| 000003<br>070<br>7100-00 | American Express Travel Related<br>Services Co, Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $8,491.96 | $0.00 | $8,491.96 |
| 000004<br>070<br>7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $10,543.70 | $0.00 | $10,543.70 |
| 000005<br>070<br>7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $565.12 | $0.00 | $565.12 |
| 000006<br>070<br>7100-00 | GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000008<br>070<br>7100-00 | Federated Retail Holdings, Inc./Marshall<br>Fields<br>c/o Tsys Debt Mgmt., Inc.<br>PO Box 137<br>Columbus, GA 31902 | Unsecured | | $78.62 | $0.00 | $78.62 |
| 000009<br>070<br>7100-00 | CLC Consumer Services<br>Servicing Agent for Capital One<br>2730 Liberty Avenue<br>Pittsburgh PA 15222 | Unsecured | | $2,144.79 | $0.00 | $2,144.79 |
| 000010<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,124.06 | $0.00 | $2,124.06 |
| 000011<br>070<br>7100-00 | LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $12,649.98 | $0.00 | $12,649.98 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2

Date: September 18, 2013

Case Number: 07-02179
Debtor Name: RIGGIO, DOMINIC A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $3,124.98 | $0.00 | $3,124.98 |
| 000013 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank USA Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $1,198.86 | $0.00 | $1,198.86 |
| 000014 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $784.56 | $0.00 | $784.56 |
| 000015 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card Services, NA/Bank of America 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | | $13,438.12 | $0.00 | $13,438.12 |
| | Case Totals: | | | $68,222.75 | $0.00 | $68,222.75 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-02179
Case Name: RIGGIO, DOMINIC A.
         RIGGIO, TAMARA L.
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                    $           44,882.03

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $       13,250.00 | $           0.00 | $       13,250.00 |

Total to be paid for chapter 7 administrative expenses       $           13,250.00

Remaining Balance                                             $           31,632.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,222.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  46.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE Consumer Finance | $ 2,083.59 | $ 0.00 | $ 966.07 |
| 000002 | American Express Centurion Bank | $ 10,994.41 | $ 0.00 | $ 5,097.65 |
| 000003 | American Express Travel Related Services Co, Inc | $ 8,491.96 | $ 0.00 | $ 3,937.37 |
| 000004 | CHASE BANK USA, NA | $ 10,543.70 | $ 0.00 | $ 4,888.67 |
| 000005 | CHASE BANK USA, NA | $ 565.12 | $ 0.00 | $ 262.02 |
| 000006 | GE Consumer Finance | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | GE Consumer Finance | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | Federated Retail Holdings, Inc./Marshall Fields | $ 78.62 | $ 0.00 | $ 36.45 |
| 000009 | CLC Consumer Services | $ 2,144.79 | $ 0.00 | $ 994.45 |
| 000010 | LVNV Funding LLC | $ 2,124.06 | $ 0.00 | $ 984.84 |
| 000011 | LVNV Funding LLC its successors and assigns as | $ 12,649.98 | $ 0.00 | $ 5,865.27 |
| 000012 | LVNV Funding LLC its successors and assigns as | $ 3,124.98 | $ 0.00 | $ 1,448.92 |
| 000013 | LVNV Funding LLC its successors and assigns as | $ 1,198.86 | $ 0.00 | $ 555.86 |
| 000014 | LVNV Funding LLC its successors and assigns as | $ 784.56 | $ 0.00 | $ 363.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | AMERICAN INFOSOURCE LP AS AGENT FOR | $        13,438.12 | $           0.00 | $        6,230.69 |

Total to be paid to timely general unsecured creditors        $_____31,632.03

Remaining Balance        $_____0.00

 

 

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE