UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
RIGGIO, DOMINIC A. § Case No. 07-02179
RIGGIO, TAMARA L. §
 §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     CLERK OF THE COURT
     219 S. Dearborn
     Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/13/2013 in Courtroom ,
     United States Courthouse
     Joliet City Hall
     150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/28/2013    By: /s/ Michael G. Berland
                   Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
RIGGIO, DOMINIC A. § Case No. 07-02179
RIGGIO, TAMARA L. §
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 230,000.00 |
| and approved disbursements of | $ | 185,180.60 |
| leaving a balance on hand of[1] | $ | 44,819.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 13,250.00 | $ 0.00 | $ 13,250.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,250.00 |
| Remaining Balance | | $ | 31,569.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,222.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  46.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE Consumer Finance | $ 2,083.59 | $ 0.00 | $ 964.16 |
| 000002 | American Express Centurion Bank | $ 10,994.41 | $ 0.00 | $ 5,087.55 |
| 000003 | American Express Travel Related Services Co, Inc | $ 8,491.96 | $ 0.00 | $ 3,929.57 |
| 000004 | CHASE BANK USA, NA | $ 10,543.70 | $ 0.00 | $ 4,878.99 |
| 000005 | CHASE BANK USA, NA | $ 565.12 | $ 0.00 | $ 261.51 |
| 000006 | GE Consumer Finance | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | GE Consumer Finance | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | Federated Retail Holdings, Inc./Marshall Fields | $ 78.62 | $ 0.00 | $ 36.38 |
| 000009 | CLC Consumer Services | $ 2,144.79 | $ 0.00 | $ 992.48 |
| 000010 | LVNV Funding LLC | $ 2,124.06 | $ 0.00 | $ 982.89 |
| 000011 | LVNV Funding LLC its successors and assigns as | $ 12,649.98 | $ 0.00 | $ 5,853.65 |
| 000012 | LVNV Funding LLC its successors and assigns as | $ 3,124.98 | $ 0.00 | $ 1,446.05 |
| 000013 | LVNV Funding LLC its successors and assigns as | $ 1,198.86 | $ 0.00 | $ 554.76 |
| 000014 | LVNV Funding LLC its successors and assigns as | $ 784.56 | $ 0.00 | $ 363.05 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 13,438.12 | $ 0.00 | $ 6,218.36 |
| | Total to be paid to timely general unsecured creditors | | $ | 31,569.40 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                              Case No. 07-02179-BWB
Dominic A. Riggio                                                   Chapter 7
Tamara L. Riggio
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dgomez                Page 1 of 2                   Date Rcvd: Oct 29, 2013
                              Form ID: pdf006             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2013.
db/jdb        +Dominic A. Riggio,    Tamara L. Riggio,    318 Ashgrove Lane,    Oswego, IL 60543-7502
11166908       AMEX,    P O Box 7863,    Fort Lauderdale FL 33329
11294463       American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11297424       American Express Travel Related Services Co, Inc,     c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
11166907      +Amex,    Po Box 297871,    Fort Lauderdale FL 33329-7871
11166910      +Baker Miller Markoff & Krasny,     29 N Wacker Drive 5th FL,    Chicago IL 60606-3221
14361627       CHASE BANK USA, NA,     PO BOX 15145,    WILMINGTON, DE 19850-5145
11392046      +CLC Consumer Services,    Servicing Agent for Capital One,     2730 Liberty Avenue,
                Pittsburgh PA 15222-4704
11166913      +Capital One,    2730 Liberty Ave,    Pittsburgh PA 15222-4704
11166912      +Capital One,    P O Box 30285,    Salt Lake City UT 84130-0285
11166914      +Chase,    P O Box 15298,    Wilmington DE 19850-5298
11166915      +Chase,    800 Brooksedge Blvd,    Westerville OH 43081-2822
11166917      +Chase BP,    P O Box 15298,    Wilmington DE 19850-5298
11166916      +Chase BP,    800 Brooksedge Blvd,    Westerville OH 43081-2822
11297726       Chase Bank USA, N.A.,     POB 15145,    Wilmington, DE 19850-5145
11166918       Citgo/cbsd,    Po Box 6003,    Hagerstown MD 21747
11166919       Citi-bp Oil,    Credit Bureau Disp,    Hagerstown MD 21747
11166920      +Codilis & Associates P C,     15W030 North Frontage Road,    Suite 100,   Burr Ridge IL 60527-6921
11166937      +Dominic A   Riggio,    318 Ash Grove Lane,    Oswego IL 60543-7502
11166921      +Exxonmobil Plcc,    Po Box 981400,    El Paso TX 79998-1400
11332890      +Federated Retail Holdings, Inc./Marshall Fields,     c/o Tsys Debt Mgmt., Inc.,    PO Box 137,
                Columbus, GA 31902-0137
11166922      +Fleet Cc,    300 Wakefield Dr,    Newark DE 19702-5419
11166926      +HSBC/Menards,    P O Box 15521,    Wilmington DE 19850-5521
11166925      +Household Bank(SB)NA(Best Buy),     c/o Bass & Associates P.C.,    3936 E Ft. Lowell Rd, Suite 200,
                Tucson AZ 85712-1083
11166927     ++IRWIN HOME EQUITY,    ATTN MELINDA LAYMAN,    P O BOX 929,    COLUMBUS IN 47202-0929
              (address filed with court: Irwin Home Equity,      12677 Alcosta Blvd Ste 5,   San Ramon CA 94583)
11166928      +James Schelli Jr,    1730 Park Street Suite 220,    Naperville IL 60563-2615
11166929      +Louis A Weinstock,    American General Financial,    20 North Clark Street  #200,
                Chicago IL 60602-4120
11166931      +Mcydsnb,    9111 Duke Blvd,    Mason OH 45040-8999
11166932      +Michael D Fine,    131 South Dearborn St  5th FL,    Chicago IL 60603-5571
11166933      +Mr Ira Bodenstein,    227 W Monroe,    Suite 3350,   Chicago IL 60606-5099
11166935       Prism/cbsd,    Po Box 6003,    Hagerstown MD 21747
11166936      +Radio/cbsd,    Po Box 9714,    Gray TN 37615-9714
11166939      +Sears/cbsd,    Po Box 6189,    Sioux Falls SD 57117-6189
11166940       Shell/citi,    Po Box 6003,    Hagerstown MD 21747
11166938      +Tamara L Riggio,    318 Ash Grove Lane,    Oswego IL 60543-7502
11166941       Thd/cbsd,    Po Box 6003,    Hagerstown MD 21747
11166942      +Wffinance,    452 N Eola Rd Ste D,    Aurora IL 60502-9110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13072809      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2013 01:15:16
               AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11166909      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Oct 30 2013 00:58:27     Aurora Loan Services I,
               10350 Park Meadows Dr St,    Littleton CO 80124-6800
11307060      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2013 01:16:07     GE Consumer Finance,
               PO Box 960061,    Orlando, FL 32896-0061
11268656       E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2013 01:17:05     GE Consumer Finance,
               For GE Money Bank,    dba DISCOUNT TIRE/GEMB,    PO Box 960061,   Orlando FL 32896-0661
11166923      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2013 01:16:07     GE Money Bank,    P O Box 981064,
               El Paso TX 79998-1064
11166924      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2013 01:16:07     Gemb/discount Tire,    Po Box 981439,
               El Paso TX 79998-1439
11166925      +E-mail/Text: bnc@bass-associates.com Oct 30 2013 00:58:30     Household Bank(SB)NA(Best Buy),
               c/o Bass & Associates P.C.,    3936 E Ft. Lowell Rd, Suite 200,    Tucson AZ 85712-1083
11166930      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2013 01:00:05     LVNV Funding,
               P O Box 10584,    Greenville SC 29603-0584
11406361       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2013 00:59:05     LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11409661       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2013 00:59:42
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11409660       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2013 00:59:05
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11166934      +E-mail/Text: bankrup@aglresources.com Oct 30 2013 00:58:25     Nicor Gas,    1844 Ferry Road,
               Naperville IL 60563-9600
```

```
District/off: 0752-1           User: dgomez              Page 2 of 2                  Date Rcvd: Oct 29, 2013
                               Form ID: pdf006           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
11166906       E-mail/PDF: cbp@slfs.com Oct 30 2013 00:59:00      American General Finan,
                 12337 S Route 59 Ste 20,   Plainfield IL 60585
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14361697*      CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE  19850-5145
11166911      ##+Bank Of America,   Po Box 1598,   Norfolk VA 23501-1598
                                                                                       TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2013                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2013 at the address(es) listed below:
```
              James   Schelli, Jr.   on behalf of Joint Debtor Tamara L. Riggio jschelli@wslaw1.com
              James   Schelli, Jr.   on behalf of Debtor Dominic A. Riggio jschelli@wslaw1.com
              Jose G Moreno    on behalf of Creditor   Aurora Loan Services, LLC nd-one@il.cslegal.com
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```