UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
RIGGIO, DOMINIC A. § Case No. 07-02179
RIGGIO, TAMARA L. §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MICHAEL G. BERLAND_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tamara Riggio |  |  |  |
| Dominic Riggio |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | THE RAWLINGS GROUP |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| LAW OFFICE OF ROBERT DUNCAN | | | | | |
| OFFICE, CLIFFORD LAW | | | | | |
| OFFICE, CLIFFORDLQW | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000015 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CHASE BANK USA, NA | | | | | |
| 000005 | CHASE BANK USA, NA | | | | | |
| 000009 | CLC CONSUMER SERVICES | | | | | |
| | CLERK OF BANKRUPTCY COURT | | | | | |
| 000008 | FEDERATED RETAIL HOLDINGS, INC./MAR | | | | | |
| 000001 | GE CONSUMER FINANCE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | GE CONSUMER FINANCE | | | | | |
| 000007 | GE CONSUMER FINANCE | | | | | |
| 000010 | LVNV FUNDING LLC | | | | | |
| 000011 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000012 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000013 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000014 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-02179 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | RIGGIO, DOMINIC A. | Date Filed (f) or Converted (c): | 02/08/07 (f) |
| | RIGGIO, TAMARA L. | 341(a) Meeting Date: | 03/15/07 |
| For Period Ending: | 05/07/14 | Claims Bar Date: | 06/25/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 318 Ash Grove, Oswego, Illinois-scheduled | 420,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 6. Wedding banks, watches etc-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 7. Personal injury claim-scheduled | Unknown | 44,819.40 | | 230,000.00 | FA |
| 8. 1996 Dodge-scheduled | 750.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $423,750.00    $44,819.40    $230,000.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee appoiintied special counsel to prosecute a personal injury action. The case was recenlty settled. for $230,000.

Initial Projected Date of Final Report (TFR): 03/31/11    Current Projected Date of Final Report (TFR): 10/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-02179 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | RIGGIO, DOMINIC A. | Bank Name: | Congressional Bank |
|  | RIGGIO, TAMARA L. | Account Number / CD #: | *******0742 Checking Account |
| Taxpayer ID No: | *******4679 |  |  |
| For Period Ending: | 05/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/22/13 | 7 | Travelers | Settlement of PI per court order | 1142-000 | 230,000.00 |  | 230,000.00 |
| 07/25/13 | 001001 | Clifford Law Office | Payment of special counsel per cour order for PI settlement | 3210-000 |  | 69,000.00 | 161,000.00 |
| 07/25/13 | 001002 | CliffordLaw Office | Payment of special counsel for expenses per court order | 3220-000 |  | 38,391.45 | 122,608.55 |
| 07/25/13 | 001003 | Tamara Riggio | Payment of PI exemption per court order | 8100-000 |  | 15,000.00 | 107,608.55 |
| 07/25/13 | 001004 | Law office of Robert Duncan | Payment to special counsel per cour order | 3210-000 |  | 7,666.66 | 99,941.89 |
| 07/25/13 | 001005 | Dominic Riggio | Payment of PI exemption per court roder | 8100-000 |  | 15,000.00 | 84,941.89 |
| 07/25/13 | 001006 | The Rawlings Group | Payment of lien in full per court order | 4210-000 |  | 40,000.00 | 44,941.89 |
| 08/05/13 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 59.86 | 44,882.03 |
| 09/11/13 |  | Congressional Bank | BANK SERVICE FEE | 2600-000 |  | 62.63 | 44,819.40 |
| 12/16/13 | 001007 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 |  | 13,250.00 | 31,569.40 |
| 12/16/13 | 001008 | GE Consumer Finance For GE Money Bank dba DISCOUNT TIRE/GEMB PO Box 960061 Orlando FL 32896-0661 | Claim 000001, Payment 46.27398% | 7100-000 |  | 964.16 | 30,605.24 |
| 12/16/13 | 001009 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000002, Payment 46.27397% | 7100-000 |  | 5,087.55 | 25,517.69 |

Page Subtotals          230,000.00        204,482.31

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 8)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 07-02179 -BL |
| Case Name: | RIGGIO, DOMINIC A. |
| | RIGGIO, TAMARA L. |
| Taxpayer ID No: | *******4679 |
| For Period Ending: | 05/07/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0742 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/13 | 001010 | American Express Travel Related Services Co, Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000003, Payment 46.27401% | 7100-000 | | 3,929.57 | 21,588.12 |
| 12/16/13 | 001011 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000004, Payment 46.27398% | 7100-000 | | 4,878.99 | 16,709.13 |
| 12/16/13 | 001012 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000005, Payment 46.27513% | 7100-000 | | 261.51 | 16,447.62 |
| 12/16/13 | 001013 | Federated Retail Holdings, Inc./Marshall Fields c/o Tsys Debt Mgmt., Inc. PO Box 137 Columbus, GA 31902 | Claim 000008, Payment 46.27321% | 7100-000 | | 36.38 | 16,411.24 |
| 12/16/13 | 001014 | CLC Consumer Services Servicing Agent for Capital One 2730 Liberty Avenue Pittsburgh PA 15222 | Claim 000009, Payment 46.27399% | 7100-000 | | 992.48 | 15,418.76 |
| 12/16/13 | 001015 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000010, Payment 46.27412% | 7100-000 | | 982.89 | 14,435.87 |
| 12/16/13 | 001016 | LVNV Funding LLC its successors and assigns as assignee of Citibank USA Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000011, Payment 46.27399% | 7100-000 | | 5,853.65 | 8,582.22 |
| 12/16/13 | 001017 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services | Claim 000012, Payment 46.27390% | 7100-000 | | 1,446.05 | 7,136.17 |

Page Subtotals        0.00        18,381.52

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-02179 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | RIGGIO, DOMINIC A. | | Bank Name: | Congressional Bank |
| | RIGGIO, TAMARA L. | | Account Number / CD #: | *******0742 Checking Account |
| Taxpayer ID No: | *******4679 | | | |
| For Period Ending: | 05/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/13 | 001018 | PO Box 10587<br>Greenville, SC 29603-0587<br>LVNV Funding LLC its successors and assigns as assignee of Citibank USA<br>Resurgent Capital Services | Claim 000013, Payment 46.27396% | 7100-000 | | 554.76 | 6,581.41 |
| 12/16/13 | 001019 | PO Box 10587<br>Greenville, SC 29603-0587<br>LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services | Claim 000014, Payment 46.27434% | 7100-000 | | 363.05 | 6,218.36 |
| 12/16/13 | 001020 | PO Box 10587<br>Greenville, SC 29603-0587<br>AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA Card Services, NA/Bank of America<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim 000015, Payment 46.27403% | 7100-000 | | 6,218.36 | 0.00 |
| 04/21/14 | 001021 | Clerk Of Bankruptcy Court | Unclaimed funds<br>Creditor did not cash its check | 7100-000 | | 6,218.36 | -6,218.36 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 230,000.00 | 236,218.36 | -6,218.36 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 230,000.00 | 236,218.36 | |
| Less: Payments to Debtors | | 30,000.00 | |
| Net | 230,000.00 | 206,218.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0742 | 230,000.00 | 206,218.36 | -6,218.36 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 230,000.00 | 206,218.36 | -6,218.36 |
| | ============ | ============ | ============ |

Page Subtotals    0.00    13,354.53

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page: 4

Exhibit 9

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-02179 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | RIGGIO, DOMINIC A. | | Bank Name: | Congressional Bank |
| | RIGGIO, TAMARA L. | | Account Number / CD #: | *******0742 Checking Account |
| Taxpayer ID No: | *******4679 | | | |
| For Period Ending: | 05/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*